IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

11 JUN 28 PM 2:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Robert A. Granito
201 Poplar Ave
Memphis Tn 38103
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Memphis Police department & Joe Stark
201 Poplar Ave
Memphis Tn 38103
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: Robert A. Granito at 201 Poplar for malpractice and failure to give meds.
         Defendants: CCS Medical contractors, contracted and Shelby County Jail to Shelby County Jail

      2. Court (if federal court, name the district; if state court, name the county): Civil court
      3. Docket Number: no. 2:11-cv-2488-JDT-dkv
      4. Name of judge to whom case was assigned: James D. Todd
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) still pending
      6. Approximate date of filing lawsuit: June 14 2011
      7. Approximate date of disposition: July 15 2011

Revised 4/18/08

II. Place of Present Confinement: 201 Poplar Ave Shelby County Jail

A. Is there a prisoner grievance procedure in the institution?  Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( ) No (✓)

C. If your answer is Yes:
   1. What steps did you take? NA

   2. What was the result? NA

D. If your answer is No, explain why not: NA

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Robert A. Granato
   Address  201 Poplar Ave Memphis Tn 38103

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Shelby County Jail is employed as a Jail
   at 201 Poplar Ave Memphis Tn 38103

C. Additional Defendants: CCS Medical contractors at the Shelby County Jail.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Get paid 20 million dollors for brakeing Robert A. Granito's constitutional rights and admendment rights also. I have evidance to back me up.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this _24_ day of _June_, 20 _11_.

Robert A. Granito
_Robert A. Granito_
201 Poplar Ave
Memphis Tn 38103
(Signature of Plaintiff/Plaintiffs)

U.S. District Court,

Memphis Police Department broke Robert N. Granito's Constitutional Rights by false enprisonment, no evidence that backs up the MPD charges on me. Constitutions' Rights that has been broken. Section 15, 16, 17 and the Admendment Rights VI, IV has been broken. Memphis Police Department held my lawer back when they interrogated me. Memphis Police Department didn't secure the home the Defindant was arrested at and every thing was stolen. The Defindant ran his own business out of his house and now every thing was stolen! After trial I'm homeless thanks to the MPD! I cant run a business any more because all tools and equipment was stolen. My 14th admindment also has been violated. The MPD also intraped me to say an beginning statement and barganed with me with me to say or sign off on a beginning statement. I have all evidence to back me up. The affidavit is also false. They stated things in their that didn't even happen like they were

over seeing the crime I didnt commit. All evidence states I protected myself from a criminal. that I called the Memphis Police Department on the day before. The police came and told the traspasser to leave the property. The officer said he will probably be back and call the police again. I agreed and wondered why the officer didnt arrest the intruder! I have a police report on this intruder the day before. He was illegaly on the property I lived at. What am I sqpose to do let an intruder kill me in my own house? I dont think so over my constitutional rights. I need an Injunction with this suit. Thank you.

Mail To:
Shelby County
Jail 201 poplar
Ave. Memphis,
Tn. 38103

Respectively Submitted
Robert A. Granito
Robert A. Granito
Pro/Se Defindant
BK# 09131165

Legal Mail

SHELBY COUNTY JAIL

Thomas Arnold
201 Poplar Ave
Memphis, TN 38103

Mr. Thomas
Office of the Clerk
U.S. District Court
Memphis, TN

RECEIVED
11 JUN 28 PM 2:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS



MAILED FROM ZIP CODE 38103
JUN 27 2011
$01.08⁰